**Order entered September 24, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00278-CV

**FRANK RONALD CLARK, ET AL., Appellants**

**V.**

**ALFRED LITCHENBURG, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00983-2016**

## ORDER

Before the Court is appellants' September 20, 2018 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 19, 2018**. We caution appellants that further extension requests will be disfavored.

/s/     ADA BROWN
        JUSTICE